IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JRS PARTNERS, GP, et al.<br>Plaintiff(s)<br><br>v.<br><br>CHRIS WARREN, et al.<br>Defendant(s) | Case No. 3:17-1258<br>Judge Richardson /Frensley |

**O R D E R**

This case was referred to the undersigned on November 15, 2018, for customized case management. Docket No. 73. On June 10, 2019, Defendant Brandy K. Warren filed an Answer to Complaint and Motion to Dismiss. Docket No. 99.

Pursuant to Rule 12 Fed.R.Civ.P., and the Local Rules of this Court 7.01(a), the response should be filed within 14 days of the filing of the Motion, optional replies are due within seven (7) days after the filing of the response. Any filings made related to the Motion to Dismiss (for example: extensions of time, exceed the page limits, seal documents, or make manual filings) shall be considered by the Honorable Eli J. Richardson, District Judge.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge