IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JRS PARTNERS, GP, et al. )
)
    Plaintiffs, )
) NO. 3:17-cv-01258
v. ) JUDGE RICHARDSON
)
CHRIS WARREN, et al., )
)
    Defendants. )

## ORDER AND JUDGMENT

Pending before the Court is Plaintiffs' Motion for Summary Judgment as to Defendant Brandy Warren (Doc, No. 169, "the Motion"), to which Defendant Warren has failed to respond.

For the reasons stated in the accompanying Memorandum Opinion, the Motion is **GRANTED**, and summary judgment is entered for Plaintiffs against Defendant Brandy Warren. Accordingly, pursuant to Tennessee's Uniform Fraudulent Transfers Act, the fraudulent transfers from Clean Energy Advisors to Defendant Brandy Warren, totally $3,903,830.00, are avoided, and judgment is entered for Plaintiffs against Defendant Brandy Warren for $3,903,830.00.

This action is **DISMISSED** with prejudice, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE